UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

SYRUP ASSOCIATES, INC. and BARN
REDEVELOPMENT ASSOCIATES, INC.

                  Plaintiffs,

                  v.

COASTAL DEVELOPMENT MASSACHUSETTS, LLC,
RICHARD T. FIELDS, and STERLING RACECOURSE, INC.,

                  Defendants.

------------------------------------------------------------------------- x

Index No. 1:18-cv-08133

**AFFIDAVIT OF SERVICE BY CERTIFIED MAIL**

STATE OF NEW YORK      )
                                      ) SS.:
COUNTY OF NEW YORK   )

      Peter Bogdanich, being duly sworn, deposes and states:

1.    I am not a party to this action, and am over 18 years of age.

2.    On the 7th day of September, 2018, I served (i) COMPLAINT (ii) SUMMONS IN A CIVIL ACTION, and (iii) CIVIL COVER SHEET upon the following individuals and entities at the following addresses:

Richard T. Fields
PO Box 12830
Jackson, WY 83002
Tracking Number: 7014 1200 0002 2677 0661

Richard T. Fields
4640 North Bay Road
Miami Beach, Florida 33140
Tracking Number: 7014 1200 0002 2677 0678

Coastal Development Massachusetts, LLC
C/O Richard T. Fields
4640 North Bay Road
Miami Beach, Florida 33140
Tracking Number: 7018 0680 0001 2325 3237

Sterling Racecourse, Inc.
C/O Richard T. Fields
4640 North Bay Road
Miami Beach, Florida 33140
Tracking Number: 7018 0680 0001 2325 3244

Sterling Racecourse, Inc.  
135 W 50th Street Floor 19  
New York, NY 10020  
Tracking Number: 7018 0680 0001 2325 9406

Charles A. Baker  
C/O DLA Piper 33 Arch Street – 26th Floor  
Boston, MA 02110  
Tracking Number: 7018 0680 0001 2325 9390

Coastal Development Massachusetts, LLC  
C/O Division of Corporations  
John G. Townsend Bldg.  
401 Federal Street, – Suite 4  
Dover, DE 19901  
Tracking Number: 7018 0680 0001 2325 3251

By depositing true copies thereof in prepaid, sealed wrappers in an official depository under the exclusive care and custody of the United States Post Office, within the State of New York.

_____  
Peter Bogdanich

Sworn to before me this  
7th day of September, 2018.

_____  
Notary Public

JEFFREY C. BURANDT  
Notary Public, State of New York  
No. 01BU6114832  
Qualified in Kings County  
Certificate Filed in New York County  
Commission Expires October 12, 20 2-6