UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
SYRUP ASSOCIATES, INC. and BARN   Index No. 18-CV-08133 -JPO-OTW
REDEVELOPMENT ASSOCIATES, INC.,

                        Plaintiffs,

                                                                   **NOTICE OF**
        -against-                              **MOTION**
                                                                   **TO DISMISS**

COASTAL DEVELOPMENT
MASSACHUSETTS, LLC, RICHARD T.
FIELDS, and STERLING RACECOURSE,
INC.,

                        Defendants.
--------------------------------------------------------x

       PLEASE TAKE NOTICE that, upon the annexed Declaration of John W. Brewer dated September 28, 2018 and the exhibits thereto, and the accompanying memorandum of law, defendants will move this Court before the Honorable J. Paul Oetken, United States District Judge, in the United States Courthouse, 40 Foley Square, Courtroom 706, New York, New York, 10007, for an order in the above-captioned action dismissing Plaintiffs' Complaint pursuant to Fed. R. Civ. P. 12(b)(1) due to lack of complete diversity of citizenship among the parties, as well as for such other and further relief as the Court may deem just and proper; and

       PLEASE TAKE FURTHER NOTICE that, pursuant to Local Civil Rule 6.1(b), opposing papers, if any, must be served via ECF on the undersigned on or before October 12, 2018.

| | |
|---|---|
| Dated:    New York, New York<br>         September 28, 2018 | STORCH AMINI PC<br><br>By:    /s/ John W. Brewer<br><br>Steven G. Storch (sstorch@storchamini.com)<br>John W. Brewer (jbrewer@storchamini.com)<br>2 Grand Central Tower<br>140 East 45th Street, 25th Floor<br>New York, New York 10017<br>Tel:  (212) 490-4100<br>Fax: (212) 490-4208<br><br>*Attorneys for Defendants* |

TO:
John Dellaportas (via ECF)
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178
(212) 808-7800
Attorneys for Plaintiffs